THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARS EQUALITY CENTER; ONEAMERICA; PAMELA WHITEHALL RAGHEBI; AFSHIN RAGHEBI; ZEINAB MOHAMED HASSAN; SIRAJI ETHA SIRAJI; MALAYEEN AHMED; REZA AZIMI; YAHYA GHALEB; MITRA HANNANI; NICHOLAS HANOUT; HOSSEIN ZAMANI HOSSEINABADI; JOHN DOES #1-3; and JANE DOE #1, <br><br>Plaintiffs, <br><br>v. <br><br>MIKE POMPEO; KIRSTJEN NIELSEN; KEVIN K. MCALEENAN; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF STATE; and U.S. CUSTOMS AND BORDER PROTECTION, <br><br>Defendants. | No. 2:18-cv-01122-JLR <br><br>**NOTICE OF WITHDRAWAL OF COUNSEL CHRISTINA SINHA FOR ADVANCING JUSTICE – ASIAN LAW CAUCUS** |

Pursuant to Local Civil Rule 83.2(b)(3), notice is hereby given that Christina Sinha hereby withdraws as attorney of record for Plaintiffs in this action. Plaintiffs in this matter will continue to be represented by all other counsel of record listed below.

DATED: October 8, 2018

NOTICE OF WITHDRAWAL OF COUNSEL
FOR ADVANCING JUSTICE – ASIAN LAW CAUCUS
NO. 2:18-CV-01122-JLR - 1

| | |
|---|---|
| NATIONAL IMMIGRATION LAW CENTER<br><br>By: *s/Esther H. Sung*<br>    Esther H. Sung, CA Bar No. 255962<br>Admitted *Pro Hoc Vice*<br>By: *s/Joshua Stehlik*<br>    Joshua Stehlik, CA Bar No. 220241<br>Admitted *Pro Hoc Vice Pending*<br>By: *s/Melissa S. Keaney*<br>    Melissa S. Keaney, CA Bar No. 265306<br>Admitted *Pro Hoc Vice*<br>By: *s/Nicholas Espiritu*<br>    Nicholas Espiritu, CA Bar No. 237665<br>Admitted *Pro Hoc Vice*<br>3450 Wilshire Blvd. #108-62<br>Los Angeles, CA  90010<br>Telephone:  (213) 639-3900<br>Emails:  sung@nilc.org<br>         whalley@nilc.org<br>         stehlik@nilc.org<br>         keaney@nilc.org<br>         espiritu@nilc.org<br><br>*Attorneys for Plaintiffs* | LANE POWELL, PC<br><br>By: *s/Darin Sands*<br>    Darin Sands, WSBA No. 35865<br>By: *s/Dustin O'Quinn*<br>    Dustin O'Quinn, WSBA No.<br>By: *s/Jessica Walder*<br>    Jessica Walder, WSBA No. 47676<br>By: *s/Aaron Fickes*<br>    Aaron Fickes, WSBA No. 51584<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, WA  98111-9402<br>Telephone: 206-223-7000<br>Facsimile: 206-223-7107<br>Emails: sandsd@lanepowell.com<br>         oquinnd@lanepowell.com<br>         walderj@lanepowell.com<br>         fickesa@lanepowell.com<br><br>*Attorneys for Plaintiffs* |
| ARNOLD & PORTER KAYE SCHOLER LLP<br><br>By: *s/John A. Freedman*<br>    John A. Freedman, Washington DC Bar No. 453075<br>Admitted *Pro Hoc Vice*<br>601 Massachusetts Avenue, N.W.<br>Washington, DC  20001<br>Telephone:  (202) 942-5000<br>Email:  john.freedman@arnoldporter.com<br><br>*Attorneys for Plaintiffs* | IRANIAN AMERICAN BAR ASSOCIATION<br><br>By: *s/Babak G. Yousefzadeh*<br>    Babak G. Yousefzadeh, CA Bar No. 235974<br>Admitted *Pro Hoc Vice*<br>5185 MacArthur Blvd. NW, Suite 624<br>Washington, DC  20016<br>Telephone:  (415) 774-3191<br>Email:  President@iaba.us<br><br>*Attorneys for Plaintiffs* |
| ADVANCING JUSTICE – ASIAN LAW CAUCUS<br><br>By: *s/Christina Sinha*<br>    Christina Sinha, CA Bar No. 278893<br>Admitted *Pro Hoc Vice*<br>**Withdrawing Attorney**<br><br>By: *s/Elica S. Vafaie*<br>    Elica S. Vafaie, CA Bar No. 284186 | COUNSEL ON AMERICAN ISLAMIC RELATIONS, CALIFORNIA<br><br>By: *s/Brittney Rezaei*<br>    Brittney Rezaei, CA Bar No. 309567<br>Admitted *Pro Hoc Vice*<br><br>By: *s/Zahra A. Billoo*<br>    Zahra A. Billoo, CA Bar No. 267634<br>Admitted *Pro Hoc Vice* |

NOTICE OF WITHDRAWAL OF COUNSEL
FOR ADVANCING JUSTICE – ASIAN LAW CAUCUS
NO. 2:18-CV-01122-JLR - 2

| | |
|---|---|
| Admitted *Pro Hoc Vice* <br> 55 Columbus Ave. <br> San Francisco, CA  94111 <br> Telephone:  (415) 848-7711 <br> Emails:  christinas@advancingjustice-alc.org <br> elicav@advancingjustice-alc.org <br><br> *Attorneys for Plaintiffs* | 2180 W. Crescent Ave., Suite F <br> Anaheim, CA  92801 <br> Telephone:  (408) 986-9874 <br> Emails: brezaei@cair.com <br> zbilloo@cair.com <br><br> *Attorneys for Plaintiffs* |

NOTICE OF WITHDRAWAL OF COUNSEL
FOR ADVANCING JUSTICE – ASIAN LAW CAUCUS
NO. 2:18-CV-01122-JLR - 3

CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2018, I electronically filed the foregoing Notice of Withdrawal of Counsel using the Court's CM/ECF system and that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Michael R. Pompeo
c/o United States Department of State
2201 C Street NW, Room 4330
Washington DC 20037

Kirstjen Nielsen
c/o United States Department of Homeland Security
3801 Nebraska Ave NW
Washington DC 20016

Kevin McAleenan
c/o United States Customs and Border Patrol
1300 Pennsylvania Ave. NW
Washington, DC 20229

United States Department of Homeland Security
3801 Nebraska Ave NW
Washington DC 20016

United States Department of State
2201 C Street NW, Room 4330
Washington DC 20037

United States Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

Executed on the eighth day of October, 2018.

By:   *s/Elica S. Vafaie*
Elica S. Vafaie, CA Bar No. 284186
Admitted *Pro Hoc Vice*
55 Columbus Ave.
San Francisco, CA  94111
Telephone:  (415) 848-7711
Email: elicav@advancingjustice-alc.org
*Attorneys for Plaintiffs*