Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARS EQUALITY CENTER, et al.,           )
                                        )  Case No: 18-cv-7818-JD
              Plaintiff(s),             )
                                        )  **APPLICATION FOR**
       v.                               )  **ADMISSION OF ATTORNEY**
                                        )  **PRO HAC VICE**
MIKE POMPEO, et al.,                    )  (CIVIL LOCAL RULE 11-3)
                                        )
              Defendant(s).             )

   I, Max S. Wolson, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Esther Sung, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| PO Box 34573<br>Washington, DC  20043 | 3450 Wilshire Blvd. #108-62<br>Los Angeles, CA  90010 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 216-0261 | (213) 639-3900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| wolson@nilc.org | sung@nilc.org |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 229562.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

   Dated:  06/03/19

                                                         Max S. Wolson
                                                         APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Max S. Wolson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 4, 2019

                                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE