UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: July 25, 2019                                                                 Judge: Hon. James Donato

Time: 33 Minutes

**Related Actions:**
**C-18-01587-JD Emami v. Nielsen et al**
**C-18-07818-JD Pars Equality Center et al v. Pompeo et al**

Attorney(s) for Plaintiff(s):    Sirine Shebaya/John A. Freedman/Max Wolson/
                                  Esther Sung/Shabnam Lotfi/Veronica Sustic/Nimra H. Azmi/
                                  Babak Yousefzadeh
Attorney(s) for Defendant(s):    August Flentje/David Kim

Deputy Clerk: Lisa R. Clark                                              Court Reporter: Belle Ball

PROCEEDINGS

Discovery Hearing – Held
Motions to Dismiss – Not held
Status Conference – Held

NOTES AND ORDERS

The Court takes defendants' motions to dismiss under submission and will issue an order. Dkt. No. 98 (*Emami*); Dkt. No. 120 (*Pars*).

The *Emami* and *Pars* plaintiffs are directed to file by August 1, 2019, a joint statement outlining their positions on consolidation. Any opposition to consolidation must be supported by a specific explanation of why it should not be done.

An omnibus discovery hearing is set for September 12, 2019, at 2:00 p.m. The parties are directed to meet and confer prior to that date in person unless that would require cross-country travel, and file a joint statement by September 5, 2019, at the latest. The statement should address:

1. What has been produced, what plaintiffs believe is missing, and for any additional discovery plaintiffs seek, why they believe they are entitled to such discovery; and

2. For the State Department's 6/6/2019 statistical report to Congress, what discovery plaintiffs wish to have to test the report.