No. 19-2375

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

ARAB AMERICAN CIVIL RIGHTS LEAGUE, et al.,

    Plaintiffs-Appellees,

v.

DONALD J. TRUMP, et al.,

    Defendants-Appellants,

**FILED**
Feb 10, 2021
DEBORAH S. HUNT, Clerk

O R D E R

Before: KETHLEDGE, DONALD, and LARSEN, Circuit Judges.

The parties' joint motion to dismiss this appeal without prejudice as moot is granted, and the case is remanded with instructions to dismiss Plaintiffs' claims without prejudice as moot. We also vacate the district court's order denying Defendants' motion to dismiss, given that mootness precludes us from reviewing the merits of that order. *See United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950).

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk