1

2   **LOTFI LEGAL, LLC**
    SHABNAM LOTFI (*pro hac vice*)
3   VERONICA SUSTIC (*pro hac vice*)
    P.O. Box 64
4   Madison, WI  53701
    Telephone:    (608) 259-6226
5   Facsimile:    (208) 977-9974
    shabnam@lotfilegal.com
6   veronica@lotfilegal.com

7   *ATTORNEYS FOR EMAMI PLAINTIFFS*

8   BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General
9   Civil  Division

10  WILLIAM C. PEACHEY
    Director, Office of Immigration  Litigation
11  District Court Section

12  SAMUEL P. GO
    Assistant Director
13

14  NICOLE P. GRANT
    P. ANGEL MARTINEZ
15  Senior Litigation  Counsel

16

17  DAVID KIM
    Trial Attorney

18  Ben Franklin Station, P.O. Box 878
19  Washington, DC 20044
    Telephone: (202) 532-4094
20  Email:  David.Kim4@usdoj.gov

21  *ATTORNEYS FOR DEFENDANTS*

22

23

24

25

26

27

28

**NATIONAL IMMIGRATION LAW CENTER**
MAX S. WOLSON (*pro hac vice*)
P.O. Box 34573
Washington, DC  20043
Telephone:    (202) 216-0261
Facsimile:    (202) 216-0266
wolson@nilc.org

**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN A. FREEDMAN (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone:    (202) 942-5000
Facsimile:    (202) 942-5999
john.freedman@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
DANIEL B. ASIMOW (SBN 165661)
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400
daniel.asimow@arnoldporter.com

**ASIAN AMERICANS ADVANCING**
**JUSTICE-ASIAN LAW CAUCUS**
HAMMAD ALAM  (SBN 284186)
55 Columbus  Ave.
San Francisco, CA  94111
Telephone:    (415) 848-7711
hammada@advancingjustice-alc.org

**IRANIAN AMERICAN BAR ASSOCIATION**
ELICA S. VAFAIE (CA SBN 284186)
BABAK G. YOUSEFZADEH (CA SBN 235974)
5185 MacArthur Blvd. NW, Suite  624
Washington, DC  20016
Telephone:    (415) 774-3191
evafaie@lccrsf.org
byousefzadeh@sheppardmullin.com

**COUNCIL ON AMERICAN-ISLAMIC**
**RELATIONS, CALIFORNIA**
ZAHRA A. BILLOO (SBN 267634)
BRITTNEY REZAEI (SBN 309567)
3160 De La Cruz Blvd., Suite 110
Santa Clara, CA  95054
Telephone:    (408) 986-9874
Facsimile:    (408) 986-9875
zbilloo@cair.com
brezaei@cair.com

*ATTORNEYS FOR PARS PLAINTIFFS*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>                                    Plaintiffs,<br><br>        v.<br><br>WILLIAM BURNS, *et al.*,<br><br>                                    Defendants. | Case No. 3:18-cv-01587-JD<br>Case No. 3:18-cv-07818-JD<br><br>**JOINT STIPULATION AND [PROPOSED]<br>ORDER TO DISMISS PLAINTIFFS WHOSE<br>CLAIMS ARE NOW MOOT** |
| PARS EQUALITY CENTER, et al.,<br><br>        *and*<br><br>FARANGIS EMAMI, *et al.*,<br><br>                                    Plaintiffs,<br><br>        v.<br><br>ALEJANDRO MAYORKAS *et al.*,<br><br>                                    Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Parties respectfully submit this stipulation, pursuant to this Court's March 15, 2022, text order requiring the parties "file a stipulation of dismissal for those petitioner-plaintiffs as to whom the parties agree there is no live controversy." *Emami*, Doc. No. 192; *Pars*, Doc. No. 170. The Parties agree that the following Plaintiffs have had their claims mooted:

*Pars* **Plaintiffs**
(in order of appearance in Complaint caption)

*Emami* **Plaintiffs**

| OneAmerica (organizational plaintiff) |
| --- |
| Pamela Whitehall Raghebi |
| Afshin Raghebi |
| Zeinab Mohammed Hassan |
| Siraji Etha Siraji |
| Malayeen Ahmed |
| Reza Azimi |
| Yahya Ghaleb |
| Mitra Hannani |
| Nicholas Hanout |
| Hoda Mehrabi Mohammadabadi |
| John Doe 1 |
| John Doe 2 |
| John Doe 3 |
| Jane Doe 1 |

| Named Petitioner-Plaintiffs |
| --- |
| Afrooz Kharazmi |
| Najib Adi |
| Ismail Alghazali |
| Khalil Ali Nagi |
| Hezam Alarqaban |
| Abdurraouf Gseaa |
| Sudi Wardere |
| Soheil Vazehrad |
| Hoda Mehrabi Mohammadabadi |
| Mahdi Afshar Arjmand |
| Tanaz Toloubeydokhti (two beneficiaries) |
| Najmeh Maharlouei |
| Mohamad Hamami |
| Malik Al Mathil |

1

2       The Parties respectfully request that the foregoing named Plaintiffs be dismissed from these

3   actions, as moot.

4

5   DATED: April 27, 2022                          Respectfully submitted,

6   /s/ Shabnam Lotfi                              /s/ John A. Freedman
    SHABNAM LOTFI                                  JOHN A. FREEDMAN
7   **LOTFI LEGAL, LLC**                           **ARNOLD & PORTER KAYE SCHOLER LLP**
    SHABNAM LOTFI (*pro hac vice*)                 JOHN A. FREEDMAN (*pro hac vice*)
8   VERONICA SUSTIC (*pro hac vice*)               601 Massachusetts Ave., NW
    P.O. Box 64                                    Washington, DC 20001-3743
9   Madison, WI 53701
                                                   DANIEL B. ASIMOW (SBN 165661)
10  *ATTORNEYS FOR EMAMI PLAINTIFFS*               Three Embarcadero Center, 10th Floor
                                                   San Francisco, CA 94111
11
    BRIAN M. BOYNTON                               **NATIONAL IMMIGRATION LAW CENTER**
12  Principal Deputy Assistant Attorney General    MAX S. WOLSON (*pro hac vice*)
    Civil Division                                 P.O. Box 34573
13                                                 Washington, D.C. 20043

14  WILLIAM C. PEACHEY                             **COUNCIL ON AMERICAN-ISLAMIC**
    Director, Office of Immigration Litigation     **RELATIONS, CALIFORNIA**
15  District Court Section                         ZAHRA A. BILLOO (SBN 267634)
                                                   BRITTNEY REZAEI (SBN 309567)
16  SAMUEL P. GO                                   3160 De La Cruz Blvd., Suite 110
    Assistant Director                             Santa Clara, CA 95054
17

18  /s/ Nicole P. Grant                            **ASIAN AMERICANS ADVANCING**
    NICOLE P. GRANT                                **JUSTICE-ASIAN LAW CAUCUS**
19  P. ANGEL MARTINEZ                              HAMMAD ALAM (SBN 284186)
    Senior Litigation Counsel                      55 Columbus Ave.
20                                                 San Francisco, CA 94111

21  DAVID KIM                                      **IRANIAN AMERICAN BAR ASSOCIATION**
    Trial Attorney                                 ELICA S. VAFAIE (CA SBN 284186)
22                                                 BABAK G. YOUSEFZADEH
    Ben Franklin Station, P.O. Box 878             5185 MacArthur Blvd. NW, Suite 624
23  Washington, DC 20044                           Washington, DC 20016
    Telephone: (202) 532-4094
24  Email: David.Kim4@usdoj.gov                    *ATTORNEYS FOR PARS PLAINTIFFS*

25  *ATTORNEYS FOR DEFENDANTS*

26

27

28
                                         - 2 -

**ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule 5-1(i)(3), I declare that concurrence has been obtained from all counsel to file this document with the Court.

/s/ Nicole P. Grant
NICOLE P. GRANT
Senior Litigation Counsel
Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Telephone: (202) 598-2731
Email: nicole.p.grant@usdoj.gov

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court hereby ORDERS that the foregoing named Plaintiffs are dismissed from these actions, as moot.

DATED: _____          _____

HON. JAMES DONATO

United States District Judge