**LOTFI LEGAL, LLC**
SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
P.O. Box 64
Madison, WI 53701
Telephone:   (608) 259-6226
Facsimile:   (208) 977-9974
shabnam@lotfilegal.com
veronica@lotfilegal.com

*ATTORNEYS FOR EMAMI PLAINTIFFS*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

SAMUEL P. GO
Assistant Director

NICOLE P. GRANT
P. ANGEL MARTINEZ
Senior Litigation Counsel

DAVID KIM
Trial Attorney

Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Telephone: (202) 532-4094
Email: David.Kim4@usdoj.gov

*ATTORNEYS FOR DEFENDANTS*

**NATIONAL IMMIGRATION LAW CENTER**
MAX S. WOLSON (*pro hac vice*)
P.O. Box 34573
Washington, DC 20043
Telephone:   (202) 216-0261
Facsimile:   (202) 216-0266
wolson@nilc.org

**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN A. FREEDMAN (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone:   (202) 942-5000
Facsimile:   (202) 942-5999
john.freedman@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
DANIEL B. ASIMOW (SBN 165661)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400
daniel.asimow@arnoldporter.com

**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**
HAMMAD ALAM (SBN 284186)
55 Columbus Ave.
San Francisco, CA 94111
Telephone:   (415) 848-7711
hammada@advancingjustice-alc.org

**IRANIAN AMERICAN BAR ASSOCIATION**
ELICA S. VAFAIE (CA SBN 284186)
BABAK G. YOUSEFZADEH (CA SBN 235974)
5185 MacArthur Blvd. NW, Suite 624
Washington, DC 20016
Telephone:   (415) 774-3191
evafaie@lccrsf.org
byousefzadeh@sheppardmullin.com

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**
ZAHRA A. BILLOO (SBN 267634)
BRITTNEY REZAEI (SBN 309567)
3160 De La Cruz Blvd., Suite 110
Santa Clara, CA 95054
Telephone:   (408) 986-9874
Facsimile:   (408) 986-9875
zbilloo@cair.com
brezaei@cair.com

*ATTORNEYS FOR PARS PLAINTIFFS*

JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFFS
WHOSE CLAIMS ARE NOW MOOT
Nos. 3:18-cv-01587-JD & 3:18-cv-07818-JD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WILLIAM BURNS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:18-cv-01587-JD<br>Case No. 3:18-cv-07818-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFFS WHOSE CLAIMS ARE NOW MOOT** |
| PARS EQUALITY CENTER, et al.,<br><br>　　*and*<br><br>FARANGIS EMAMI, *et al*.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS *et al.*,<br><br>　　　　　　　　Defendants. | |

The Parties respectfully submit this stipulation, pursuant to this Court's March 15, 2022, text order requiring the parties "file a stipulation of dismissal for those petitioner-plaintiffs as to whom the parties agree there is no live controversy." *Emami*, Doc. No. 192; *Pars*, Doc. No. 170. The Parties agree that the following Plaintiffs have had their claims mooted:

| *Pars* Plaintiffs (in order of appearance in Complaint caption) | *Emami* Plaintiffs |
|---|---|
| OneAmerica (organizational plaintiff) | **Named Petitioner-Plaintiffs** |
| Pamela Whitehall Raghebi | Afrooz Kharazmi |
| Afshin Raghebi | Najib Adi |
| Zeinab Mohammed Hassan | Ismail Alghazali |
| Siraji Etha Siraji | Khalil Ali Nagi |
| Malayeen Ahmed | Hezam Alarqaban |
| Reza Azimi | Abdurraouf Gseaa |
| Yahya Ghaleb | Sudi Wardere |
| Mitra Hannani | Soheil Vazehrad |
| Nicholas Hanout | Hoda Mehrabi Mohammadabadi |
| Hoda Mehrabi Mohammadabadi | Mahdi Afshar Arjmand |
| John Doe 1 | Tanaz Toloubeydokhti (two beneficiaries) |
| John Doe 2 | Najmeh Maharlouei |
| John Doe 3 | Mohamad Hamami |
| Jane Doe 1 | Malik Al Mathil |

The Parties respectfully request that the foregoing named Plaintiffs be dismissed from these actions, as moot.

DATED: April 27, 2022

Respectfully submitted,

/s/ *Shabnam Lotfi*
SHABNAM LOTFI
**LOTFI LEGAL, LLC**
SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
P.O. Box 64
Madison, WI 53701

*ATTORNEYS FOR EMAMI PLAINTIFFS*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

SAMUEL P. GO
Assistant Director

/s/ *Nicole P. Grant*
NICOLE P. GRANT
P. ANGEL MARTINEZ
Senior Litigation Counsel

DAVID KIM
Trial Attorney

Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Telephone: (202) 532-4094
Email: David.Kim4@usdoj.gov

*ATTORNEYS FOR DEFENDANTS*

/s/ *John A. Freedman*
JOHN A. FREEDMAN
**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN A. FREEDMAN (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20001-3743

DANIEL B. ASIMOW (SBN 165661)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

**NATIONAL IMMIGRATION LAW CENTER**
MAX S. WOLSON (*pro hac vice*)
P.O. Box 34573
Washington, D.C. 20043

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**
ZAHRA A. BILLOO (SBN 267634)
BRITTNEY REZAEI (SBN 309567)
3160 De La Cruz Blvd., Suite 110
Santa Clara, CA 95054

**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**
HAMMAD ALAM (SBN 284186)
55 Columbus Ave.
San Francisco, CA 94111

**IRANIAN AMERICAN BAR ASSOCIATION**
ELICA S. VAFAIE (CA SBN 284186)
BABAK G. YOUSEFZADEH
5185 MacArthur Blvd. NW, Suite 624
Washington, DC 20016

*ATTORNEYS FOR PARS PLAINTIFFS*

**ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule 5-1(i)(3), I declare that concurrence has been obtained from all counsel to file this document with the Court.

/s/ Nicole P. Grant
NICOLE P. GRANT
Senior Litigation Counsel
Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Telephone: (202) 598-2731
Email: nicole.p.grant@usdoj.gov

**[PROPOSED] ORDER**

(with "[PROPOSED]" struck through)

Pursuant to the parties' stipulation, the Court hereby ORDERS that the foregoing named Plaintiffs are dismissed from these actions, as moot.

DATED: __5/9/2022_____                    _____
                                              HON. JAMES DONATO
                                              United ...

