| | |
|---|---|
| 1 | Max S. Wolson (*pro hac vice*) |
| 2 | **NATIONAL IMMIGRATION LAW CENTER** |
| 3 | P.O. Box 34573<br>Washington, D.C. 20043 |
| 4 | Telephone: (202) 216-0261<br>Email: wolson@nilc.org |
| 5 | *Attorney for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PARS EQUALITY CENTER, et al., | Civil Action No. 3:18-cv-07818-JD |
| Plaintiffs, | **NOTICE OF CHANGE IN COUNSEL FOR PARS EQUALITY CENTER** |
| v. | |
| ANTONY J. BLICKEN, et al., | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Civil Rule 5-1(c)(2)(C), notice is hereby given that Max Wolson withdraws as attorney of record for Plaintiffs in this action and requests to be removed from the service list. Plaintiffs in this matter will continue to be represented by other counsel of record.

NOTICE OF CHANGE IN COUNSEL
NO. 3:18-CV-07818-JD

| | |
|---|---|
| DATED: October 10, 2023<br>Washington, D.C. | Respectfully submitted,<br><br>*/s/Max S. Wolson*<br>Max S. Wolson (*Pro Hac Vice*)<br>NATIONAL IMMIGRATION LAW CENTER<br>P.O. Box 34573<br>WASHINGTON, DC 20043<br>Telephone: (202) 216-0261<br>Email: wolson@nilc.org |

NOTICE OF CHANGE IN COUNSEL
NO. 3:18-CV-07818-JD

CERTIFICATE OF SERVICE

     I hereby certify that on October 10, 2023, I electronically filed the foregoing Notice of Withdrawal of Counsel using the Court's CM/ECF system, which will be served electronically to all counsel of record.

                                        /s/Max S. Wolson